Cheltenham & Abington Sewerage Co., Appellant,
v. Pennsylvania Public Utility Commission.

Argued November 26, 1946. Before MAXEY, C. J.,
DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

reargument refused January 7, 1947.

*George Henry Huft,* for appellant.

*Charles E. Thomas,* with him *Samuel Graff Miller,
Vincent P. McDevitt* and *James H. Duff,* Attorney General, for appellee.

PER CURIAM, December 2, 1946:
At the argument of this appeal from the decision of the Superior Court, reported in 159 Pa. Superior Ct. 59, counsel for the appellant frankly stated that the purpose of the appeal was to obtain reconsideration and reversal of our decision in the case between the same parties reported in 344 Pa. 366. We have so considered the appeal and affirm the judgment on the opinion of President Judge BALDRIGE of the Superior Court.